UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE APPLICATION OF DEPARTMENT OF
HOMELAND SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

19-cv-1604

Petitioner,

v.

SURESH KUMAR

Respondent.

### EMERGENCY ORDER

It is HEREBY ORDERED that ICE, through competent medical authority, is authorized to perform non-consensual administration of nutrients, to continue non-consensual hydration in the form of IV fluids of Respondent and to continue involuntary medical examinations of Respondent which would include blood draws, weigh-ins and monitoring of vital signs;

It is FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to administer nutrients, hydrate, draw blood, be weighed, monitor vital signs and submit to routine medical examinations;

Signed this 18th day of December, 2019 in Alexandria, Louisiana.

UNITED STATES DISTRICT COURT JUDGE